In the Matter of the Transfer Tax upon the Estate of
A. ALBERT SACK, Deceased.

INDUSTRIAL TRUST COMPANY OF PROVIDENCE, RHODE
ISLAND, as Executor, Appellant; STATE TAX COMMIS-
SION, Respondent.

(Argued April 25, 1932; decided May 3, 1932.)

*Seth T. Cole* for motion.

*Francis H. Warland* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.